

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 7, 2022

**By E-Mail**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Francisco Rosario*, **22 Mag. 8911**

Dear Judge McCarthy:

    In light of the arrest of the defendant this morning in the above-referenced case, the Government respectfully requests that the complaint in the case be unsealed.

    Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kevin Sullivan
Assistant United States Attorney
(914) 993-1924

**APPLICATION GRANTED**

_____
Hon. Judith C. McCarthy

11-7-2022